IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| THOMAS F. UPDEGROVE, JR. | BANKRUPTCY NO. 24-10637(PMM) |
| Debtor | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of THOMAS F. UPDEGROVE, JR. | |
| Plaintiff | |
| v. | ADVERSARY NO. 24-00063(PMM) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY | |
| Defendant | |

**PRAECIPE TO WITHDRAW COMPLAINT OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, FOR TURNOVER OF PROPERTY OF THE DEBTOR'S ESTATE PURSUANT TO 11 U.S.C. § 542 FILED ON APRIL 18, 2024 WITH PREJUDICE**

TO THE CLERK OF THE COURT:

Kindly withdraw the Complaint of Christine C. Shubert, Chapter 7 Trustee, for Turnover of Property of the Debtor's Estate pursuant to 11 U.S.C. § 542 filed on April 18, 2024 with prejudice.

                                          **KARALIS PC**

                                          By:   /s/ Robert W. Seitzer
                                                  ROBERT W. SEITZER
                                                  1900 Spruce Street
                                                  Philadelphia, PA 19103
                                                  (215) 546-4500
                                                  rseitzer@karalislaw.com

                                                  *Counsel for the Plaintiff/Trustee*

Dated: June 4, 2024